# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

———————————————————x

In Re:

Seth Muraskin

Case No.

Chapter         7

       Debtor(s)

———————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

   The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Seth Muraskin
Debtor

_____
Marc A. Pergament
Attorney for Debtor

American Express
P.O. Box 2855
New York, NY  10116-2855


Bank of America
P.O. Box 26078
Greensboro, NC


Bank of America
P.O. Box 26078
Greensboro, NC  27420


Bank of America
P.O. Box 2278
Norfolk, VA  23501-2278


Bank of America
P.O. Box 15726
Wilmington, DE  19886-5726


CapitalOne
P.O. Box 70884
Charlotte, NC  28272-0884


Chase Bank
P.O. Box 15153
Wilmington, DE  19886-5153


Citibank
c/o Forster & Garbus
P.O. Box 9030
Farmingdale, NY  11735-9030


Commerce Bank
c/o Peter Seidman, Esq.
20 Vanderdenter Avenue, Suite 103W
Port Washington, NY  11050

Fein, Such & Crane, LLP
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, NY  10977-6218


JP Morgan Chase Bank, N.A.
c/o Cullen & Dykman
Garden City Center, 4th Floor
100 Quentin Roosevelt Boulevard
Garden City, NY  11530


Rubin & Rothman, LLC
1787 Veterans Highway, Suite 32
P.O. Box 9003
Islandia, NY  11749


Sallie Mae
P.O. Box 9500
Wilkes-Barre, PA  18773-9500


Saxon Mortgage Services
4708 Mercantile Drive N.
Fort Worth, TX  76137-3605


Scott E. Agulnick, Esq.
1 Barstow Road
Suite P20
Great Neck, NY  11021


Suffolk County Sheriff
360 Yaphank Avenue, Suite 1A
Yaphank, NY  11980


West Publishing Corp. d/b/a Thomson West
c/o Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minnepolis, MN  55402-4129